UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor,<br><br>Defendants. | Case No. 1:22-cv-4360<br><br><br>**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF FIREARMS POLICY COALITION, INC.** |

Plaintiff FIREARMS POLICY COALITION, INC., by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: June 30, 2022

Respectfully submitted,

LAW OFFICE OF ERIC M. MARK

1

/s/ Eric M. Mark
By: Eric M. Mark, Esq.
201 Washington St.
Newark, NJ 07102
973-453-2009
EricM@EricMarkLaw.com

*Attorneys for Plaintiffs*

2