Case 1:22-cv-04360-RMB-AMD   Document 3   Filed 07/05/22   Page 1 of 2 PageID: 33

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SERVICE OF THE WITHIN NOTICE AND COPY OF COMPLAINT IS HEREBY ACKNOWLEDGED FOR THE STATE OF NEW JERSEY THIS MATTHEW J. PLATKIN ~~ACTING ATTORNEY GENERAL~~ ATTORNEY GENERAL

JUL 25 2022

BY _Ellen Saitz_

MARK CHEESEMAN, ET AL.,
*Plaintiff*

V.

MATTHEW J. PLATKIN, ET AL.,
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:22-CV-04360-RMB-AMD

TO: *(Name and address of Defendant):*

Matthew J. Platkin
Acting Attorney General of New Jersey
Office of the Attorney General
RJ Hughes Justice Complex, 25 Market Street
Trenton, NJ 08625-0080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK

ISSUED ON 2022-07-05 10:42:47, Clerk
USDC NJD

# Anna Filippovskaia

| | |
|---|---|
| **From:** | |
| **Sent:** | Monday, July 25, 2022 1:27 PM |
| **To:** | Anna Filippovskaia |
| **Subject:** | RE: Service, Cheeseman vs. Platkin, 1:22-cv-04360 |

*This is an auto-reply confirming receipt of your email.*

*Pursuant to revised R. 4:4-4(a)(7), the Attorney General is authorized to accept electronic service upon the State and State departments and agencies.*

*The Attorney General is **not** authorized to accept electronic service on behalf of:*

   *(1) current or former State officers or employees with the exception of Governor Philip Murphy, New Jersey Acting Attorney General Andrew Bruck and the Director of Law, Michelle Miller; and*

   *(2) State entities that have statutory authority to sue-and-be sued.*

*The Attorney General reserves the right to reject your attempt to serve an individual or entity identified above.*

*If your attempt to serve is rejected, a message will be sent to the email address from which the Summons and Complaint was received within five business days.*

*If a notice of rejection is not received within five business days, service is effective as of the date of this email.*

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.