MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, PO BOX 093
Trenton, New Jersey 08625-0093
Attorney for Defendants Acting Attorney General Matthew J. Platkin and Superintendent Patrick J. Callahan

By: Stuart M. Feinblatt
    Assistant Attorney General
    Stuart.Feinblatt@law.njoag.gov
    (609) 376-3192

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC., | : | HON. RENEE MARIE BUMB, U.S.D.J. |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 1:22-cv-4360 |
| MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor, | : : : | APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b) |
| Defendants. | : | |

Application is hereby made for a Clerk's Order extending time within which Defendants Acting Attorney General Matthew J. Platkin (Defendant Platkin) and Superintendent Patrick J. Callahan (Defendant Callahan) may answer, move, or otherwise reply to Plaintiffs' First Amended Complaint, and it is represented that:

1. No previous extension has been obtained on behalf of the above two Defendants; and

2. Service of Process was accepted for Defendant Callahan on July 22, 2022 and time to answer, move, or otherwise reply on behalf of Defendant Callahan expires on August 12, 2022.  Service of Process was accepted for Defendant Platkin on July 25, 2022 and time to answer, move, or otherwise reply on behalf of Defendant Platkin expires on August 15, 2022.

          MATTHEW J. PLATKIN
          ACTING ATTORNEY GENERAL
          OF NEW JERSEY

By:   /s/ Stuart M. Feinblatt_____
       Stuart M. Feinblatt
       Assistant Attorney General

Dated: August 11, 2022

The above application is ORDERED GRANTED and the time within which to answer, move, or otherwise reply to Plaintiffs' First Amended Complaint on

behalf of Defendant Callahan is extended to August 26, 2022, and on behalf of Defendant Platkin to August 29, 2022.

                                          WILLIAM T. WALSH, CLERK

By:  _____
           Deputy Clerk