BERRY SAHRADNIK KOTZAS & BENSON, P.C.
MARY JANE LIDAKA, ESQ.
212 Hooper Avenue, PO Box 757
Toms River, NJ 08754
(732) 349-4800; Fax: (732) 505-3073
Attorneys for Defendant Bradley D. Billhimer

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs<br><br>vs.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor,<br><br>Defendants | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**HON. RENEE MARIE BUMB, U.S.D.J.**<br><br>Civil Action No.: 1:22-cv-4360<br><br><u>Civil Action</u><br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made for a clerk's order extending time within which Defendant Ocean County Prosecutor Bradley Billhimer may answer, move, or otherwise reply to Plaintiff's first amended complaint, and it is represented that:

1. No previous extension has been obtained on behalf of the above Defendant; and

2. Service of process was purportedly accepted for Defendant Billhimer by leaving a copy of the complaint with Jaimie S. Smith at the Prosecutor's Office on July

25, 2022 (see court document #6), and time to answer, move or otherwise reply on behalf of this defendant expires on August 16, 2022.

BERRY SAHRADNIK KOTZAS & BENSON

DATED: August 12, 2022

_____
MARY JANE LIDAKA, ESQ.

The above application is ORDERED GRANTED and the time within which to answer, move, or otherwise reply to Plaintiffs' first amended complaint on behalf of Defendant Billhimer is extended to August 30, 2022.

WILLIAM T. WALSH, CLERK

By: _____
Deputy Clerk