UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor, <br><br> Defendants. | HON. RENEE M. BUMB, U.S.D.J. <br><br> HON. ANN M. DONIO, U.S.M.J. <br><br> CIVIL ACTION NO. 1:22-cv-4360 <br><br> **CIVIL ACTION** <br><br> **(ELECTRONICALLY FILED)** <br><br> Motion Date: September 19, 2022 |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that on Monday, September 19, 2022, at such time that the Court shall set down, or as soon thereafter as counsel may be heard, the undersigned attorney for Plaintiffs, Edward Andrew Paltzik, shall move to withdraw as counsel before the Honorable Renee M. Bumb, U.S.D..J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen

1

Building & U.S. Courthouse, Courtroom 3D, 4th & Cooper Streets, Camden, NJ 08101;

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, undersigned counsel will rely upon the accompanying Declaration and the proposed Form of Order.

                                           _____
                                           Edward Andrew Paltzik
                                           JOSHPE MOONEY PALTZIK LLP
                                           1407 Broadway, Suite 4002
                                           New York, NY 10018
                                           Tel: 516-526-0341
                                           epaltzik@jmpllp.com
                                           *Attorneys for Plaintiffs Mark Cheeseman, Timothy Connelly, and Firearms Policy Coalition, Inc.*

Dated: August 24, 2022