UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>              Plaintiffs,<br><br>-against-<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor,<br><br>              Defendants. | HON. RENEE M. BUMB, U.S.D.J.<br><br>HON. ANN M. DONIO, U.S.M.J.<br><br>CIVIL ACTION NO. 1:22-cv-4360<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)**<br><br>Motion Date: September 19, 2022 |

**PROPOSED FORM OF ORDER**

**THIS MATTER** having come before the Court upon the Motion of Edward Andrew Paltzik to withdraw as counsel for Plaintiffs Mark Cheeseman, Timothy Connelly, and Firearms Policy Coalition, Inc., for good cause shown;

**IT IS** on this _____ day of , _____ 2022, hereby

**ORDERED** that the Motion is hereby granted, and Edward Andrew Paltzik

1

and Joshpe Mooney Paltzik LLP are permitted to withdraw as counsel for Plaintiffs; and it is further

      **ORDERED** that a copy of this Order shall deemed served upon all parties via CM/ECF upon its entry.

                                            _____

                                                 , U.S.D.J.