

FRANKLIN H. BERRY, JR. ♦☐
JOHN C. SAHRADNIK* ♦☐
STEPHEN B. KOTZAS Δ♦☐
LAURA M. BENSON ♦☐
ROBERT D. BUDESA **
MARY JANE LIDAKA ♦
MATHEW B. THOMPSON ♦☐
LAURA E. COMER

**BERRY, SAHRADNIK, KOTZAS & BENSON**
ATTORNEYS AT LAW

212 Hooper Ave. / P.O. Box 757
Toms River, NJ 08754-0757
732-349-4800

FRANKLIN H. BERRY 1941 – 1975
WILLIAM W. WHITSON 1941-1967
MAJA L. BERRY 1948-1961

COUNSEL
EDWARD T. FEUREY ♦☐Δ

Toll Free: 800-991-9279
Fax: 732-349-1983
www.bskb-law.com
mjlidaka@bskb-law.com

* NJ & FL Bars
Δ Admitted to the U.S. Tax Court
♦ Admitted to U.S. Court of Appeals, 3rd Circuit
☐ Admitted to U.S. Supreme Court
** Certified by the Supreme Court of New Jersey as a Workers Compensation Law Attorney

September 1, 2022

*VIA E-FILING*
Hon. Ann Marie Donio, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 3B
Camden, NJ 08101

Re:   OCPO ads. Cheeseman
      Civil Action No.: 1:22-cv-4360
      Claim No.: 2023280073; Our File No.: 42.0058671

Dear Judge Donio:

Please be advised the undersigned represents Defendant Ocean County Prosecutor Brad Billhimer in connection with the above-referenced matter. I have received the notice scheduling this matter for a conference before Your Honor on September 20, 2022 at 10:30 a.m.. The purpose of this letter is to request an adjournment of the conference. I am the Uniform Interstate Family Support Act (UIFSA) counsel for the County of Ocean, and September 20 is my regular hearing day (third Tuesday of every month). I have six cases scheduled throughout the day, beginning with a 9:00 hearing before a superior court judge involving a petition from Israel with an international sign language interpreter. It has taken approximately three months to arrange this hearing. The remaining five cases are before a hearing officer and scheduled at one-hour intervals throughout the day, with the last hearing beginning at 3:30 p.m..

In light of the foregoing, I would request that the conference be rescheduled or that I be excused from attending same.

Thank you, Your Honor, for your attention.

Respectfully submitted,

*Mary Jane Lidaka*

MARY JANE LIDAKA

MJL/bk
cc:   Eric M. Mark, Esq. (via e-filing only)
      Brett Joshpe, Esq. (via e-filing only)
      Stuart M. Feinblatt, AAG (via e-filing only)
      Colleen Pulverenti (via email)
      Nick Monaco (via email)
      Toni DePaola (via email)
      Laurie Bazzanella (via email)

*Advocating for you and the communities in which we live*