| | | |
|---|---|---|
| Law Office of Eric M. Mark |  | Phone: 973-453-2009 |
| 201 Washington St. | | Fax:     973-309-7079 |
| Newark, NJ 07102 | | EricM@EricMarkLaw.com |

Associate Attorney Marisol Conde-Hernandez, Esq. (MarisolCH@EricMarkLaw.com)

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC., <br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, Superintendent of the New Jersey State Police, CHRISINE A. HOFFMAN, Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, Ocean County Prosecutor,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br><br>DISTRICT OF NEW JERSEY<br><br><br>Hon. Renee M. Bumb, U.S.D.J.<br><br>Hon. Ann M. Donio, U.S.M.J.<br><br><br>Civil Action No.: 1:22-cv-4360<br><br><br>CIVIL ACTION<br><br>(Electronically Filed)<br><br>September 22, 2022 |

Notice of Motion to Withdraw as Counsel

Please take notice that on a date to be set by the Court, or on the papers without appearance, I, Eric M. Mark, counsel for the Plaintiffs, shall move this Court to withdraw as counsel for the reasons set forth in the accompanying Certification of Counsel.

Dated: June 28, 2022                                                                    /s/ Eric M. Mark__

                                                                                                    Eric M. Mark, Esq.