

Law Office of Eric M. Mark          Phone: 973-453-2009

201 Washington St.                  Fax:    973-309-7079

Newark, NJ 07102                    EricM@EricMarkLaw.com

Associate Attorney Marisol Conde-Hernandez, Esq. (MarisolCH@EricMarkLaw.com)

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, Superintendent of the New Jersey State Police, CHRISINE A. HOFFMAN, Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, Ocean County Prosecutor,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br><br>DISTRICT OF NEW JERSEY<br><br>Hon. Renee M. Bumb, U.S.D.J.<br><br>Hon. Ann M. Donio, U.S.M.J.<br><br>Civil Action No.: 1:22-cv-4360<br><br>CIVIL ACTION<br><br>(Electronically Filed)<br><br>September 22, 2022 |

Certification of Counsel in Support of Motion to Withdraw as Counsel

1. My name is Eric M. Mark, and I am counsel of record for the Plaintiffs.

2. I had appeared as local counsel to assist Edward Paltzik and Brett Joshpe, out of state counsel who were representing the Plaintiffs and had the necessary knowledge and litgation experience to represent counsel.

3. I am not a civil litigator and do not have the necessary litigation experience to represent the plaintiffs.

4. As the Court is aware, Mr. Paltzik has moved this Court to withdraw as counsel for personal reasons.

5. The Plaintiffs have retained new counsel who is an admitted attorney of the District of New Jersey and who has the necessary litigation experience to represent the Plaintiffs.

6. As such, I have no useful role for the Plaintiffs and nothing to contribute to this litigation other than my sunny disposition.

7. Because I have no role in representing the Plaintiffs or in assisting the Court, I seek to withdraw as counsel. s

Dated: September 22, 2022                                          /s/ Eric M. Mark__

                                                                                                              Eric M. Mark, Esq.