

Law Office of Eric M. Mark

201 Washington St.

Newark, NJ 07102

Phone: 973-453-2009

Fax:    973-309-7079

EricM@EricMarkLaw.com

Associate Attorney Marisol Conde-Hernandez, Esq. (MarisolCH@EricMarkLaw.com)

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, Superintendent of the New Jersey State Police, CHRISINE A. HOFFMAN, Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, Ocean County Prosecutor,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br><br>DISTRICT OF NEW JERSEY<br><br><br>Hon. Renee M. Bumb, U.S.D.J.<br><br>Hon. Ann M. Donio, U.S.M.J.<br><br><br>Civil Action No.: 1:22-cv-4360<br><br><br>CIVIL ACTION<br><br>(Electronically Filed)<br><br>September 22, 2022 |

### ORDER

THIS MATTER having come before the Court on the Motion of Eric M. Mark, Esq. to withdraw as counsel for Plaintiffs, and no opposition having been submitted, for the reasons stated in Counsel's Certification, IT IS on this _____ day of _____ 2022

ORDERED that the Motion to Withdraw as Counsel is granted and Eric M. Mark is relieved of his role as counsel, and

ORDERED that a copy of this Order shall be served upon all parties via CM/ECF.

                                                                    _____

                                                                    Hon. Renee M. Bumb, U.S.D.J.