

Bradley P. Lehman, Esq.
(302) 416-3344
blehman@gsbblaw.com

September 28, 2022

**Via E-Filing**
Hon. Ann Marie Donio, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 3B
Camden, NJ 08101

      RE:    *Cheeseman, et al; v. Platkin, et al.*; Civil Action No. 1:22-cv-4360

Dear Judge Donio:

      As the Court may recall, my firm was recently engaged, and my appearance was recently entered, to represent the Plaintiffs in this action. Presently, there is a scheduling conference set to occur in this matter before Your Honor on October 4, 2022, at 11:30 a.m. The purpose of this letter is to respectfully request an adjournment of that conference. I am stepping in as replacement counsel to the Plaintiffs and am working to get up to speed on this matter, and in conference with other counsel of record in this matter, we agreed that an adjournment of the conference for approximately one month would be appropriate in order for the parties to confer about scheduling and various issues once the transition of files and prior correspondence in this matter to me is completed.

      All counsel of record have expressed their agreement with and consent to this adjournment. Counsel is available at the Court's convenience should Your Honor have any questions.

      Thank you, Your Honor, for your attention to this matter.

      Respectfully submitted,

      */s/ Bradley P. Lehman*

      Bradley P. Lehman

cc:    Stuart M. Feinblatt, Esq. (via e-filing only)
        Rachel Manning, Esq. (via e-filing only)
        Mary Jane Lidaka, Esq. (via e-filing only)
        Brett Joshpe, Esq. (via e-filing only)

1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DELAWARE 19801
P: 302. 425. 5800 | F: 302. 425. 5814

8 PENN CENTER
1628 JOHN F. KENNEDY BLVD, SUITE 1901
PHILADELPHIA, PENNSYLVANIA 19103
P: 215. 238. 0010 | F: 215. 238. 0016

www.GSBBLAW.com