UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                                Proceeding Date: November 1, 2022

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                                           DOCKET NO. 22cv4360(RMB/AMD)
**Mark Cheeseman, et al**
  v.
**Matthew J. Platkin, et al**

**APPEARANCES:**
Bradley Lehman, Esq. for plaintiffs
Stuart Feinblatt, DAG and Rachel Manning, DAG for defendants Platkin and Callahan
Mary Jane Lidaka, Esq. for defendant Billhimer
Eric Campo, Esq. for defendant Hoffman

**NATURE OF PROCEEDINGS:**     Initial Scheduling Conference

**DISPOSITION:**
Initial Scheduling Conference held on the record
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 2:01 p.m. Time Adjourned: 2:23 p.m. Total time: 22 mins.