

*State of New Jersey*

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX
TRENTON, NJ 08625-0

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

November 18, 2022

**<u>VIA CM/ECF</u>**
William T. Walsh
Clerk of Court
District of New Jersey
402 East State Street
Trenton, New Jersey  08608

> Re:  *Association Of New Jersey Rifle & Pistol Clubs,*
>      *Inc. et al. v. Platkin et al.*
>      Docket No. 3:18-cv-10507
>      *Cheeseman et al. v. Platkin et al.*
>      Docket No. 1:22-cv-04360
>      *Ellman et al. v. Platkin et al.*
>      Docket No. 3:22-cv-04397

Dear Mr. Walsh:

This office represents Defendants Matthew J. Platkin and Patrick J. Callahan ("State Defendants") in the three above-captioned matters.  State Defendants have moved to consolidate the three cases.  Pursuant to L. Civ. R. 42.1, please find enclosed courtesy copies of the following documents:

    (1)  State Defendants' Notice of Motion;

    (2)  Certificate of Service of Stuart M. Feinblatt;

    (3)  Brief in Support of State Defendants' Motion to
          Consolidate, and Exhibits; and



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3202 • FAX: (609) 292-0690
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

(4)   State Defendants' Proposed Form of Order

The above documents were electronically filed with the Clerk of the Court on November 18, 2022 in support of State Defendants' Motion to Consolidate.

Sincerely yours,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Stuart M. Feinblatt
     Stuart M. Feinblatt
     Assistant Attorney General

Enclosures

cc: all counsel of record (via CM/ECF)