File No. 09408-126

**PARKER McCAY P.A.**
**By:  Linda A. Galella, Esquire**
**9000 Midlantic Drive, Suite 300, P.O. Box 5054**
**Mount Laurel, New Jersey  08054**
**(856) 596-8900**
lgalella@parkermccay.com
Attorneys for Defendant, CHRISTINE A. HOFFMAN, in her official capacity
As Acting Gloucester County Prosecutor

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY and FIREARMS POLICY COALITION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor<br><br>Defendants. | HONORABLE RENEE MARIE BUMP<br><br>CIVIL ACTION NO. 1:22-cv-4360-RMB-AMD<br><br>CIVIL ACTION |

**CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND ON BEHALF OF**
**DEFENDANT, CHRISTINE A. HOFFMAN, IN HER OFFICIAL CAPACITY AS ACTING GLOUCESTER COUNTY PROSECUTOR**

Application being made by Parker McCay P.A., attorneys for Defendant, Christine A. Hoffman, in her official capacity as Acting Gloucester County Prosecutor, for an Order

Extending Time To Answer, Move or Otherwise Respond with respect to the Complaint and First Amended Complaint filed herein, and Plaintiffs' attorney having consented hereto, and for good cause shown;

**IT IS** on this __29th__ day of __November__, 2022, **ORDERED** that Defendant, Christine A. Hoffman, in her official capacity as Acting Gloucester County Prosecutor, be granted leave to serve and file their Answer, or otherwise move with respect to the Complaint and First Amended Complaint, filed herein, by Plaintiffs Mark Cheeseman, Timothy Connelly And Firearms Policy Coalition, Inc. by December 15, 2022.

SO ORDERED,

_____
The Honorable Ann Marie Donio, U.S. Magistrate

The parties hereby consent to the form and entry of the within Order.

| | |
|---|---|
| **GELLERT SCALI BUSENKELL & BROWN, LLC**<br>Attorney for Plaintiffs, Mark Cheeseman, Timothy Connelly And Firearms Policy Coalition, Inc. | **PARKER McCAY P.A.**<br>Attorneys for Defendant, Defendant, Christine A. Hoffman, in her official capacity as Acting Gloucester County Prosecutor |
| By: /s Bradley P. Lehman<br>     Bradley P. Lehman, Esq. | By: s/ Linda A. Galella<br>     Linda A. Galella, Esquire |
| Dated:  11-23-2022 | Dated:  November 23, 2022 |

4856-8422-5600, v. 2

2