UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et. al<br><br>　　Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, et al.<br><br>　　Defendants. | Civil Action No.<br>3:18-cv-10507 (PGS)<br><br>**ORDER** |
| MARK CHEESEMAN, et al.<br><br>　　Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, et al.<br><br>　　Defendants. | Civil Action No.<br>1:22-cv-4360 (RMB) |

1

| | |
|---|---|
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, et al. <br><br> Defendants | Civil Action No. 3:22-cv-04397 (FLW) |

It is on this 11th day of January, 2023;

ORDERED that the motion to consolidate (18-cv-10507; ECF No. 128) is scheduled for oral argument by telephone on January 25, 2023 at 11:00 a.m. Counsel for each party shall participate. The dial-in number for the call is (888) 684-8852; participant code: 1757868#.

                                                            */s/ Peter G. Sheridan*
                                                          PETER G. SHERIDAN, U.S.D.J.