UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department, <br><br> Defendants. | HON. PETER G. SHERIDAN, U.S.D.J. <br><br><br> **SUBSTITUTION OF ATTORNEY** <br><br><br><br> Civil Action No. 3:18-cv-10507 |
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity | Civil Action No. 1:22-cv-4360 |

1

| | |
|---|---|
| as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor,<br><br>    Defendants. | |
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,<br><br>    Defendants. | Civil Action No.<br>3:22-cv-04397 |

    The undersigned hereby consent to the substitution of Daniel M. Vannella as counsel of record for Defendant Bradley D. Billhimer in his official capacity as

2

Ocean County Prosecutor, in the matter of *Cheeseman, et al. v. Platkin, et al.*, 1:22-cv-4360, which is part of the above-captioned consolidated matters.

| | |
|---|---|
| BERRY, SAHRADNICK, KOTZAS & BENSON | MATTHEW J. PLATKIN ATTORNEY GENERAL OF NEW JERSEY |
| /s/ Mary Jane Lidaka | /s/ Daniel M. Vannella |
| Mary Jane Lidaka Withdrawing Attorney | Daniel M. Vannella Assistant Attorney General Superseding Attorney |

Dated: February 21, 2023

cc:   All counsel of record (via ECF)