UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,** *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**MATTHEW J. PLATKIN,** *et al.*,<br><br>    Defendants. | **PRETRIAL SCHEDULING ORDER**<br><br><br>Civil Action No. 3:18-10507 (PGS)(LHG) |
| **MARK CHEESEMAN,** *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**MATTHEW J. PLATKIN,** *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-4360 (RMB)(LHG) |
| **BLAKE ELLMAN,** *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**MATTHEW J. PLATKIN,** *et al.*,<br><br>    Defendants. | Civil Action No. 3:22-4397 (PGS)(LHG) |

**THIS MATTER** having come before the Court for an initial conference pursuant to Fed. R. Civ. P. 16; Daniel Schmutter, Esq., of Hartman & Winnicki, P.C., appearing on behalf of Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Ellman, Weinberg, and Rogers; Bradley Lehman, Esq., of Gellert Scali Busenkell & Brown, LLC, appearing on behalf of Plaintiffs Firearms Policy Coalition, Inc., Cheeseman, and Connelly; Daniel Vannella, Assistant

Attorney General, of the Office of the Attorney General of New Jersey, appearing on behalf of Defendants Platkin, Callahan, Billhimer, & Hoffman; Kathleen Fennelly, Esq., of McElroy, Deutsch, Mulvaney & Carpenter LLP, appearing on behalf of Defendant McNamee; Mitchell Jacobs, Esq., of Cleary Giacobbe Alfieri Jacobs, LLC, appearing on behalf of Defendant Brown, Jr.; the Court having set certain deadlines with the participation of counsel; and for good cause shown,

**IT IS** on this **16th** day of **March, 2023,**

**ORDERED** that the parties shall serve initial disclosures under Rule 26 by no later than **March 23, 2023**; and it is further

**ORDERED** that the parties shall serve initial written discovery requests by no later than **March 30, 2023**; and it is further

**ORDERED** that the parties may amend the pleadings or join new parties by way of consent order or joint letter by no later than **May 4, 2023**; and it is further

**ORDERED** that fact discovery is to remain open through **May 31, 2023.** No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown; and it is further

**ORDERED** that the parties shall identify any affirmative experts by name and subject area by no later than **May 15, 2023**; and it is further

**ORDERED** that the parties shall serve any affirmative expert reports by no later than **June 16, 2023**; and it is further

**ORDERED** that the parties shall serve any rebuttal expert reports by no later than **July 17, 2023**; and it is further

**ORDERED** that the parties shall complete all expert discovery by **August 31, 2023**; and it is further

**ORDERED** that dispositive motions may be filed by no later than **September 22, 2023**, made returnable **October 16, 2023**. Counsel are to notify Chambers within five days of a decision on any dispositive motions if the decision does not resolve all issues in the case; and it is further

**ORDERED** that a telephone status conference will be held on **May 23, 2023 at 11:00 a.m.** The Court will circulate dial-in information in advance of the conference; and it is further

**ORDERED** that counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of an application to the Court. Any such dispute shall be brought to the Court's attention by joint letter setting forth the nature of the dispute and any efforts to resolve it. **No discovery motion or motion for leave to amend will be entertained absent leave of Court and counsel's full compliance with L. Civ. R. 37.1(a)(1);** *see also* L. Civ. R. **16.1(f)**; and it is further

**ORDERED** that a date for the final pretrial conference will be set at a later date; and it is further

**ORDERED** that appropriate markers shall be affixed to the exhibits at or prior to the time they are shown to opposing counsel at the meeting of the counsel referred to above, and each marker will bear the number of the exhibit to which it is affixed; and it is further

**ORDERED** that at the final pretrial conference counsel should be prepared to discuss settlement of the case. Clients must be available by telephone; and it is further

**ORDERED** that since all dates set forth herein are established with the assistance and knowledge of the parties, there will be no extensions except for good cause shown and by leave of Court, even with consent of all parties; and it is further

**ORDERED** that the Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel; and it is further

**ORDERED** that failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions; and it is further

  **ORDERED** that the parties are advised that the Court has various audio/visual and evidence presentation equipment available for use at trial at no cost to the Bar. This equipment includes an evidence presentation system, which consists of a document camera and a projector. The projector may be used to display images which originate from a variety of sources, including television, VCR and personal computer. The document camera may be used to display documents, photographs, charts, transparencies and small objects. For further information, please contact the Courtroom Deputy Ivannya Fitzgerald at 609-989-2114.

*[signature]*

**LOIS H. GOODMAN**
**United States Magistrate Judge**