

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

May 21, 2023

**VIA E-FILING**
Hon. J. Brendan Day, U.S.M.J.
U.S. District Court
402 East State Street
Trenton, NJ 08608

    Re:    *Association Of New Jersey Rifle & Pistol Clubs,*
             *Inc. et al. v. Platkin et al.* ("*ANJRPC*")
                Docket No. 3:18-cv-10507
            *Cheeseman et al. v. Platkin et al.*
                Docket No. 1:22-cv-04360
            *Ellman et al. v. Platkin et al.*
                Docket No. 3:22-cv-04397
            **Joint Discovery Status Letter**

Dear Judge Day:

    I represent State Defendants in these above-captioned consolidated matters. Pursuant to the Court's May 11, 2023 text order, the parties wish to provide the following joint status letter.[1]

---

[1] As of the e-filing of this letter, the undersigned has not yet heard back from counsel for Chief Brown, a defendant in the *Ellman* matter. Acknowledging the Court's direction in its May 11, 2023 text order regarding submission of this letter ahead of the May 23 conference, the parties did not want to delay any longer. That said, as explained herein the other parties are unaware of any dispute or other issue that any party, including defendant Brown, would raise to this Court at this time.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3202 • FAX: (609) 292-0690
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

May 21, 2023<br>
Page 2

      Pursuant to the Court's Pretrial Scheduling Order (*see ANJRPC*, Dkt. 154), the parties have exchanged initial disclosures, served written discovery requests and responded to same, and identified affirmative experts by name and subject area. Plaintiffs did not amend their pleadings or join new parties. Further, no parties wish to conduct any fact witness depositions.

      None of the parties have any dispute or other issue they wish to bring to the Court's attention at this time.

      Thank you for the Court's attention to this matter.

      Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY


By: /s/ Daniel M. Vannella
Daniel M. Vannella (#015922007)
Assistant Attorney General
*Attorney for State Defendants*

cc: All counsel of record (via ECF)