AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Cheeseman et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:22-cv-04360-RMB-JBD |
| Platkin et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Matthew J. Platkin, Patrick J. Callahan, Christine A. Hoffman, & Bradley D. Billhimer.

Date:  04/08/2024

*Christopher J. Ioannou*
*Attorney's signature*

Christopher J. Ioannou (429912023)
*Printed name and bar number*

Office of the New Jersey Attorney General
25 Market Street, PO Box 080
Trenton, NJ
*Address*

Christopher.Ioannou@njoag.gov
*E-mail address*

(862) 350-5800
*Telephone number*

*FAX number*