AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Cheeseman et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  1:22-cv-04360-RMB-JBD |
| Platkin et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Matthew J. Platkin, Patrick J. Callahan, Christine A. Hoffman, and Bradley D. Billhimer                .

Date:    04/08/2024

*Attorney's signature*

Angela Cai (NJ #121692014)
*Printed name and bar number*
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080

*Address*

Angela.Cai@njoag.gov
*E-mail address*

(862) 350-5800
*Telephone number*

*FAX number*