UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>    Plaintiffs,<br><br>    v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department,<br><br>    Defendants. | CIVIL NO. 18-10507-PGS-JBD |
| MARK CHEESEMAN, TIMOTHY CONNOLLY, and FIREARMS POLICY COALITION, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. | CIVIL NO. 22-04360-PGS-JBD |

| | |
|---|---|
| BILLHIMER, in his official capacity as Ocean County Prosecutor,<br><br>Defendants. | |
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department, and KENNETH J. BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,<br><br>Defendants. | CIVIL NO. 22-cv-04397-PGS-JBD<br><br>**ORDER AND JUDGMENT** |

For the reasons set forth in the Memorandum dated July 30th, 2024, **IT IS** on this **30th** day of **July, 2024**:

1. **ORDERED** that the Motion for Summary Judgment by Plaintiffs Mark Cheeseman, Timothy Connolly, and the Firearms Policy Coalition, Inc. to the extent it seeks summary judgment in their favor declaring N.J. Stat. Ann. § 2C:39-1(w)(1)

2

(West 2024) unconstitutional as to the inclusion of the "Colt AR-15" (the "AR-15 Provision") (ECF No. 174)[1] is **GRANTED**;

**2.** **ORDERED** that the Motion for Summary Judgment by Plaintiffs Blake Ellman, Thomas Rogers, and the Association of New Jersey Rifle & Pistol Clubs, Inc. to the extent it seeks summary judgment in their favor declaring N.J. Stat. Ann. § 2C:39-1(w)(1) (West 2024) unconstitutional as to the inclusion of the "Colt AR-15" (the "AR-15 Provision") (ECF No. 175) is **GRANTED**;

**3.** **ORDERED** that the Motion for Summary Judgment by Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc, Blake Ellman, and Marc Weinberg to the extent it seeks summary judgment in their favor declaring N.J. Stat. Ann. §§ 2C:39-1(y), 2C:39-3(j) (West 2024); N.J. Stat. Ann. § 2C:39-20(a) (West 2024) (the "LCM Amendment") to be unconstitutional (ECF No. 175) is **DENIED**;

**4.** **ORDERED** that State Defendants' Cross-Motion for Summary Judgment to the extent it seeks summary judgment declaring N.J. Stat. Ann. § 2C:39-1(w)(1) (West 2024) as to the inclusion of the "Colt AR-15" (the "AR-15 Provision") constitutional (ECF No. 183) is **DENIED;**

**5.** **ORDERED** that State Defendants' Cross-Motion for Summary Judgment to the extent it seeks summary judgment declaring N.J. Stat. Ann. §§

---

[1] All parenthetical ECF citations are to documents filed under Civil No. 18-10507, unless indicated otherwise.

2C:39-1(y), 2C:39-3(j) (West 2024); N.J. Stat. Ann. § 2C:39-20(a) (West 2024) (the "LCM Amendment") to be constitutional (ECF No. 183) is **GRANTED**;

**6.** **ORDERED** that Defendant Kenneth J. Brown, Jr.'s separate motion to dismiss the claims asserted against him (Case No. 22-cv-04397, ECF No. 50) is **DENIED AS MOOT**;

**7.** **ORDERED** that Plaintiffs' Motion to Preclude the Expert Testimony of State Defendants' Experts (ECF No. 176) is **DENIED**;

**8.** **ORDERED** that State Defendants' Motion to Preclude the Expert Testimony of Plaintiffs' Experts Emanuel Kapelsohn and Clayton Cramer (ECF No. 182) is **DENIED**;

**9.** **ADJUDGED** that judgment is entered declaring N.J. Stat. Ann. § 2C:39-1(w)(1)(West 2024) as to the inclusion of the "Colt AR-15" (the "AR-15 Provision") to be unconstitutional;

**10.** **ADJUDGED** that judgment is entered declaring N.J. Stat. Ann. §§ 2C:39-1(y), 2C:39-3(j) (West 2024); N.J. Stat. Ann. § 2C:39-20(a) (West 2024) (the "LCM Amendment") to be constitutional; and

**11.** **ORDERED** that the effect of this Order and Judgment is *sua sponte* stayed for thirty days.

_____<br>
**PETER G. SHERIDAN**<br>
**UNITED STATES DISTRICT JUDGE**