# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., et al,<br><br>        Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, et al,<br><br>        Defendants. | Civil Action No. 3:18-cv-10507-PGS-JBD |
| MARK CHEESEMAN, et al,<br><br>        Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, et al,<br><br>        Defendants. | Civil Action No. 1:22-cv-04360-PGS-JBD |
| BLAKE ELLMAN et al,<br><br>        Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, et al,<br><br>        Defendants. | Civil Action No. 3:22-cv-04397-PGS-JBD |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Mark Cheeseman, Timothy Connolly, and Firearms Policy Coalition, Inc. (together, the "Cheeseman Plaintiffs") hereby appeal to the United States Court of Appeals for the Third Circuit from the Order and Judgment granting in part and denying in part the Cheeseman Plaintiffs' Motion for Summary Judgment entered in these consolidated cases on July 30, 2024 (Docket No. 81 in Civil Action No. 22-04360-PGS-JBD). A copy of the Order being appealed from is attached hereto as Exhibit A.

Respectfully submitted,

Dated: July 30, 2024

*/s/ Bradley P. Lehman*
Bradley P. Lehman (NJ #129762014)
GELLERT SEITZ BUSENKELL & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: 302-416-3344
Email: blehman@gsbblaw.com

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
Phone: 910-713-8804
Email: law.rmd@gmail.com
(Admitted *pro hac vice*)