UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>   Plaintiffs,<br><br>v.<br><br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey; PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police; RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department; and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department,<br><br>   Defendants. | Hon. Renée Marie Bumb, U.S.D.J.<br>Hon. J. Brendan Day, U.S.M.J.<br><br>Docket No. 18-CV-10507<br><br>**CIVIL ACTIONS<br>(ELECTRONICALLY FILED)** |

1

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey; PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police; CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor; and BRADLEY BILLHIMER, in his official capacity as Ocean County Prosecutor, <br><br> Defendants. | Hon. Renée Marie Bumb, U.S.D.J. <br> Hon. J. Brendan Day, U.S.M.J. <br><br> Docket No. 22-CV-4360 |
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOLE CLUBS, INC., <br><br> Plaintiffs, <br><br> v. | Hon. Renée Marie Bumb, U.S.D.J. <br> Hon. J. Brendan Day, U.S.M.J. <br><br> Docket No. 22-CV-4397 |

MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey; PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police; LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department; and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,

    Defendants.

# NOTICE OF CROSS-APPEAL

**NOTICE IS HEREBY GIVEN** that Defendants Matthew J. Platkin, Attorney General of the State of New Jersey; Patrick Callahan, Superintendent of the New Jersey State Police; Elizabeth Parvin, Acting Gloucester County Prosecutor;[1] and Bradley Billhimer, Ocean County Prosecutor, hereby appeal, pursuant to 28 U.S.C. § 1291, to the United States Court of Appeals for the Third Circuit from the following orders granting in part and denying in part motions

---

[1] The State requests that the caption be substituted automatically pursuant to Fed. R. Civ. P 25(d). Former Acting Gloucester County Prosecutor Christine Hoffman retired on July 1, 2024. *See* AG Platkin Appoints Leader of DCJ's Human Trafficking Unit as Acting Gloucester County Prosecutor, (May 30, 2024), https://www.njoag.gov/ag-platkin-appoints-leader-of-dcjs-human-trafficking-unit-as-acting-gloucester-county-prosecutor/.

3

for summary judgment:

- *Cheeseman v. Platkin*, 22-cv-4360:  ECF Nos. 80 & 81.
- *Ellman v. Platkin*, 22-cv-4397: ECF Nos. 62 & 63.

The matters have been consolidated pursuant to Fed. R. Civ. P. 42. *See Association of New Jersey Rifle & Pistol Clubs, Inc. v. Platkin* ("*ANJRPC*"), No. 18-cv-10507, Mem. Op. & Order, ECF No. 148 (Feb. 06, 2023). Summary judgment was granted for the State on the claims asserted in *Association of New Jersey Rifle & Pistol Clubs, Inc. v. Platkin*, 18-cv-10507, ECF Nos. 228 & 229.

                                              By:  /s/  Angela Cai
                                                   Angela Cai
                                                   Deputy Solicitor General

August 5, 2024