# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>        Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department,<br><br>        Defendants. | HON. RENÉE M. BUMB<br><br>Civil Action No.<br>3:18-cv-10507<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE EXTENSION OF STAY |
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey | HON. RENÉE M. BUMB<br><br>Civil Action No.<br>1:22-cv-4360 |

| | |
|---|---|
| State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor,<br><br>    Defendants. | |
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,<br><br>    Defendants. | HON. RENÉE M. BUMB<br><br>Civil Action No. 3:22-cv-04397 |

**ORDER GRANTING ADMINISTRATIVE EXTENSION OF STAY**

1. This Court is in receipt of the State Defendants' Emergency Motion for Extension of Stay Pending Appeal and for 15-Day Administrative Extension of the

30-day stay of this Court's July 30, 2024 Order and Judgment (*Cheeseman v. Platkin*, 22-cv-4360: ECF Nos. 80 & 81; *Ellman v. Platkin*, 22-cv-4397: ECF Nos. 62 & 63).

    2. For the reasons given therein, this Court **GRANTS** the motion for a 15-Day Administrative Extension of Stay. The 30-day stay originally entered on July 30, 2024 shall now expire on September 13, 2024 unless further extended by judicial order.

_____
HON. RENÉE M. BUMB, U.S.D.J.