# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department,<br><br>    Defendants. | HON. RENÉE M. BUMB<br><br>Civil Action No.<br>3:18-cv-10507<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF STAY PENDING APPEAL |
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey | HON. RENÉE M. BUMB<br><br>Civil Action No.<br>1:22-cv-4360 |

| | |
|---|---|
| State Police, CHRISTINE A. HOFFMAN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor,<br><br>    Defendants. | |
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,<br><br>    Defendants. | HON. RENÉE M. BUMB<br><br>Civil Action No.<br>3:22-cv-04397 |

**THIS MATTER** having been opened to the Court by Matthew J. Platkin, Attorney General of New Jersey, by Angela Cai, Deputy Solicitor General, appearing on behalf of Defendants, Matthew J. Platkin, Patrick J. Callahan,

Elizabeth Parvin, and Bradley D. Billhimer (collectively, "State Defendants"), on a Motion for Extension of Stay Pending Appeal of this Court's July 30, 2024 Memorandum Opinion and Order (*Cheeseman v. Platkin*, 22-cv-4360: ECF Nos. 80 & 81; *Ellman v. Platkin*, 22-cv-4397: ECF Nos. 62 & 63), and the Court having considered the matter and for good cause shown,

**IT IS** on this _____ day of _____, 2024

**ORDERED** that State Defendants' Motion is hereby **GRANTED**; and it is further

**ORDERED** that the July 30, 2024 Memorandum Opinion and Order are hereby stayed pending resolution of State Defendants' appeal of same in the U.S. Court of Appeals for the Third Circuit.

_____
HON. RENÉE M. BUMB, U.S.D.J.