# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of the Park Ridge Police Department,<br><br>    Defendants. | HON. RENÉE M. BUMB<br><br>Civil Action No.<br>1:18-cv-10507<br><br>**(ELECTRONICALLY FILED)**<br><br>**ORDER EXTENDING STAY PENDING APPEAL** |
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey | HON. RENÉE M. BUMB<br><br>Civil Action No.<br>1:22-cv-4360 |

| | |
|---|---|
| State Police, ELIZABETH PARVIN, in her official capacity as Acting Gloucester County Prosecutor, and BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutor,<br><br>    Defendants. | |
| BLAKE ELLMAN, THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,<br><br>    Defendants. | HON. RENÉE M. BUMB<br><br>Civil Action No.<br>1:22-cv-4397 |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF STAY**

1. This Court is in receipt of the parties' joint motion for an extension of the stay of judgment currently in place in this matter pending appeal.

2. For the reasons given therein, this Court **GRANTS** the motion.

                                                     Renée Marie Bumb,
                                                     Chief U.S. District Judge

DATED: **August 21, 2024**