# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK CHEESEMAN, TIMOTHY CONNOLLY AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, PATRICK J. CALLAHAN, CHRISTINE A. HOFFMAN AND BRADLEY D. BILLHIMER, <br><br> Defendants. | C.A. No.: 1:22-CV-04360 RMB-JBD |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE of the following change of firm affiliation for Bradley P. Lehman, Esquire, counsel for Plaintiffs Mark Cheeseman, Timothy Connolly and Firearms Policy Coalition, Inc.:

> Bradley P. Lehman
> Whiteford, Taylor & Preston LLC
> 600 North King Street, Suite 300
> Wilmington, Delaware 19801
> 302-295-5674
> blehman@whitefordlaw.com

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Bradley P. Lehman*
Bradley P. Lehman

        600 North King Street, Suite 300
        Wilmington, DE 19801
        Telephone: (302) 295-5674
        Facsimile: (302) 295-5678
        Email: blehman@whitefordlaw.com

*Attorneys for Plaintiff*

Dated:  May 19, 2025

## **CERTIFICATE OF SERVICE**

I, Bradley P. Lehman, hereby certify that on this 19th day of May 2025, that the attached *Notice of Change of Firm Affiliation* was served upon all counsel of record via E-Filing CM/ECF.

*/s/ Bradley P. Lehman*
Bradley P. Lehman